```
DAVID A. ORTIZ, ATTORNEY #167587
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
```

FILED

2010 JAN 15 AM 9:43

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re: | Case No.  09-06737-LA7 |
| BOLIN, JONATHAN DAVID and ROCHELLE MCCOY BOLIN, | STATEMENT OF POSITION OF UNITED STATES TRUSTEE |
| Debtor(s). | Hearing Date: None |

The United States Trustee responds to the TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT, R. Dean Johnson, as follows:

_____ The United States Trustee takes no position.

__xx__ The United States Trustee has no objection.

_____ The United States Trustee objects and requests a hearing.

_____ The United States Trustee objects as set forth below.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: January 13, 2010      By: _____
David A. Ortiz,
Trial Attorney for the
Acting United States Trustee